## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Dr. G. Neil Garrett, DDS, PC

                                          Plaintiff,

v.                                                                                     Case No.: 1:13−cv−07173
                                                                                    Honorable Amy J. St. Eve

Citibank, N.A., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/14/2014. Plaintiff's oral motion to dismiss without prejudice with leave to reinstate by 9/29/14 is granted. After 9/29/14, said dismissal will be with prejudice. All other pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.